NOT FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

03-1542

JOHNNY MANUEL

VERSUS

VIATEUR GUILBEAU AND
ALLSTATE INSURANCE COMPANY

**************
APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 96-6325
HONORABLE MARILYN C. CASTLE, PRESIDING

**************
SYLVIA R. COOKS
JUDGE
**************

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Sylvia R. Cooks, and
Oswald A. Decuir, Judges.

AFFIRMED.

Aaron F. McGee
P.O. Box 44354
Baton Rouge, Louisiana 70804
(225) 342-6280
COUNSEL FOR APPELLANT:
    Johnny Manuel

Benjamin M. Burson
220 North Second Street
Eunice, Louisiana 70535
(337) 457-1227
COUNSEL FOR APPELLANT:
    Johnny Manuel

C. Shannon Hardy
100 East Vermilion Street
Gordon Square, Suite 301
P.O. Box 2187
Lafayette, Louisiana 70502
(337) 231-1955
COUNSEL FOR APPELLEE:
    Viateur Guilbeau and Allstate Insurance Company

M. Candice Hattan
P.O. Drawer 91850
Lafayette, Louisiana 70509
(337) 234-0431
COUNSEL FOR APPELLEE:
    Allstate Insurance Company

Libby Heinen Tavernit
1502 West University Avenue
Lafayette, Louisiana 70506-3342
(337) 237-3550
COUNSEL FOR APPELLEE:
    Allstate Insurance Company

Edward Milligan
P.O. Box 90282
Lafayette, Louisiana 70509
(337) 237-6491
COUNSEL FOR APPELLEE:
    Ricky Guilbeau